# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH ATUANA,** | : | **CIVIL NO. 1:19-CV-2206** |
| **Petitioner** | : | **(Chief Judge Conner)** |
| v. | : | |
| **UNITED STATES DISTRICT COURT MAGISTRATE JUDGE, N.Y., NEW YORK,** | : | |
| **Respondent** | : | |

## **ORDER**

AND NOW, this 17th day of January, 2020, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania